ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2009 JUN 12 PM 3:45

CLERK _CAdams_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| BOBBY GENE WATERS, JR., | ) | |
| Plaintiff, | ) | |
| v. | ) | CV 308-085 |
| HUGH SMITH, Warden, et al., | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's claims against Defendants Smith and Sanders are **DISMISSED** for failure to state a claim upon which relief may be granted. Because all of Plaintiff's other claims have been transferred to the Waycross Division, the above-captioned civil action is **CLOSED**.

SO ORDERED this _12th_ day of June, 2009, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE